IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
DELOIS RICKS                                            : CASE NO.  1:06CV2426
                                                        :
                            Plaintiff                   :
                                                        :
           -vs-                                         :
                                                        : <u>JUDGMENT ENTRY</u>
                                                        :
JOHN E. POTTER, POSTMASTER                              :
GENERAL, UNITED STATES POSTAL                           :
SERVICE                                                 :
                                                        :
                            Defendant
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having previously entered its Memorandum of Opinion and Order Granting Defendant's Motion for Summary Judgment, hereby enters judgment in favor of defendant, John E. Potter, Postmaster General, United States Postal Service, and against plaintiff, Delois Ricks.

IT IS SO ORDERED.

                                                            <u>/s/Lesley Wells</u>
                                                        UNITED STATES DISTRICT JUDGE

Date: <u>27 March 2009</u>